## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Lap-Sun Chan

# 22 CV 02480

_____

Write the full name of each plaintiff.

-against-

United Healthcare Oxford
PO Box 29130
Hot Springs, AR 71903

Chris S.

Tony N.

Tom L.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☐ Yes    ☑ No

RECEIVED SDNY PRO SE OFFICE
2022 MAR 28 AM 10:40

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Section 488 Social Services (SOS) CHAPTER 55, ARTICLE 11

United States v. O'Brien, 391 U.S. 367, 376 (1968)

Ariz. Rev. Stat. § 13-2923; Ga. Code § 16-5-90; Mich. Comp. Laws § 750.411i.; 18 Pa. (

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
　　　　　　　(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Lap-Sun | | Chan |
|---|---|---|
| First Name | Middle Initial | Last Name |

| PO Box 844321 | | |
|---|---|---|
| Street Address | | |

| Brooklyn | NY | 11203 |
|---|---|---|
| County, City | State | Zip Code |

| _____ | _____ |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Chris | S. |
|-------|----|
| First Name | Last Name |

Customer Service Manager

Current Job Title (or other identifying information)

PO Box 29130

Current Work Address (or other address where defendant may be served)

| Hot Springs | AR | 71903 |
|-------------|-----|-------|
| County, City | State | Zip Code |

Defendant 2:

| Tony | N. |
|------|----|
| First Name | Last Name |

Customer Service Agent

Current Job Title (or other identifying information)

PO Box 29130

Current Work Address (or other address where defendant may be served)

| Hot Springs | AR | 71903 |
|-------------|-----|-------|
| County, City | State | Zip Code |

Defendant 3:

| Tom | L. |
|-----|----|
| First Name | Last Name |

Customer Service Agent

Current Job Title (or other identifying information)

PO Box 29130

Current Work Address (or other address where defendant may be served)

| Hot Springs | AR | 71903 |
|-------------|-----|-------|
| County, City | State | Zip Code |

Defendant 4:
United Healthcare Oxford

First Name                          Last Name

Current Job Title (or other identifying information)
PO Box 29130

Current Work Address (or other address where defendant may be served)
Hot Springs, AR 71903

County, City                        State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, Arkansas

Date(s) of occurrence: May 2021 to March 2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see the attached word document I printed out.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My medical condition has worsened because of Oxford's inability to process my medical claims.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking $200,000 in damages. Furthermore, I am DEMANDING that Chris S., Tony N. and Tom L. are terminated from duty. I am also demanding - in fact, COMMANDING - that Oxford write a 3-page apology letter to me.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3-26-2022 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Lap-Sun | | Chan |
| First Name | Middle Initial | Last Name |
| PO Box 844321 | | |
| Street Address | | |
| Brooklyn | NY | 11203 |
| County, City | State | Zip Code |
| | | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

US District Court
Southern District of New York                              COMPLAINT
500 Pearl Street
New York, NY 10007 – 1312

US District Court:

My name is Lap-Sun Chan. I am filing a lawsuit against United Healthcare Oxford. The relevant
contact information is:

Lap-Sun Chan
PO Box 844321
Brooklyn, NY 11203

United Healthcare Oxford
PO Box 29130
Hot Springs, AR 71903

This lawsuit is invoked pursuant to Section 488 Social Services (SOS) CHAPTER 55, ARTICLE
11, which cites psychological abuse against patients.

I have been trying get Oxford as my primary insurance since May or June of 2021. Due to a foul-
up by Medicare and the SSA, my Medicare Part A cannot be removed. I am challenging the SSA
and Medicare in separate lawsuits.

However, I have been contacting Oxford for many months now trying to get them to give me a
clear understanding of the situation. They have been giving me contradictory and useless
information consistently. In August, an Oxford employee told me that my Part A was revoked
and that now Oxford is my primary. I discovered weeks later that this was a lie. I called again in
September and yelled at them for fouling up my process. I spoke with two employees named
Tom L. and Tony N. They apologized and then told me that I should call the SSA, which could
"easily remove my Part A".

I discovered this was another lie. The SSA cannot remove Part A because that would cause all
medical bills processed under Part A to be retroactively sent back to me. I am no longer
interested in removing Part A. I am interested in getting Oxford to tell me the correct
information.

I called again in October, when an employee told me that Oxford was my primary. I spoke to her
supervisor, who told me it was not. I yelled at them and demanded disciplinary action. They said
they would call me back. They never did.

I called again in November, when I spoke to Tom L. and Tony N. Again, they were rude, abusive
and incompetent. They couldn't tell me what was going on with my insurance, seemingly
confused about their jobs in general.

In December, Oxford employees told me they would do a claims sweep. They never did. I found this out in January.

The last straw was in March, when I spoke to a rude employee named Chris S. He interrupted me in the middle of the conversation and threatened me. I am demanding that this man be terminated from duty.

To make clear, the purpose of this lawsuit is not about how Oxford fouled up their jobs. The purpose of this lawsuit is to sue them for their unprofessional and disgusting behavior.

When I spoke to Tony and Tom months ago, they were extremely rude to me. Tom picked up first, and when I tried to tell him what was going on, he said, "Sir, I am going to have to ask you to calm down, or I will disconnect this conversation." I said, "How dare you threaten me. Get me over to your supervisor now." He sent me to his supervisor Tony. Tony was equally rude. He raised his voice at me and told me to go to hell. I screamed at him and told him to get me to his supervisor. He said, "No." I kept yelling at him. He said, "Yelling at me louder isn't going to make it happen."

For the record, I did not raise my voice at them. Even if I did, this is my medical insurance, not some retail matter. My life is at stake. These people need to take their jobs more seriously, and I DO HAVE THE RIGHT TO SCREAM AT THEM.

When I spoke to Tony and Tom again months later, I was angry to discover they had not been terminated. The interaction was more or less the same. Tom was rude to me, and I asked to speak to his boss Tony. Tony was rude to me again.

In March, I spoke with the rudest customer service man I've ever come across. His name is Chris S. and he was a supervisor. I was transferred to him because one of his employees, who was a woman, threatened to hang up on me if I continued to be stressed. I yelled at her at the top of my lungs – "GET ME OVER TO YOUR BOSS NOW!!!" Her boss was Chris S. who said he would help me. However, he began giving me a bunch of confusing, useless information, much of which was self-contradictory. Where did they hire this guy? When I told him I wanted my Oxford to do research and find out my Medicare Part B has been removed, he told me, "Go fucking do it yourself." At that point, I was enraged. I yelled at him and said, "GET ME OVER TO YOUR BOSS RIGHT NOW, ASSHOLE!!!" He said, "Nope." He sounded like an insolent high school boy. I made the same demand, yelling at the top of my voice. He said, "Nope." I yelled at him again. He said, "No. Have a nice day, sir." It was very sarcastic and insulting.

Bottom line is, I want Chris, Tony and Tom to be thrown out of Oxford and permanently fired. How dare they foul up my insurance. I am also suing Oxford for the cost of my medical bills, which equals around $200,000. I am commanding Oxford to pay me this sum for the time they wasted. Just what are they good for anyway? They always apologize and say, "I'm sorry to hear that, I'm sorry about what you had to go through, I'm sorry we couldn't give you yadda yadda." And yet, they never actually DO ANYTHING. Kind of stupid and cowardly to apologize when they don't actually mean it.

Yesterday on March 25, 2022, I spoke with a woman named Ashley Harriman. She said she would look into the matter. I am filing this lawsuit anyway in order to show Oxford that I mean business. My employer is paying for this insurance, and their employees don't know how to do their jobs or address people with basic manners. Get rid of Chris, Tony and Tom. Make an example of them.

And that's not all. I am DEMANDING a written apology from Oxford and confirmation that Chris, Tony and Tom are removed from duty. I am commanding them to write 3 pages, double-spaced in Times New Roman. Sounds silly? I'm not joking. I'm dead serious.

By the way, I'm not sure of Oxford's process, but they might be showing this to their employees. If Chris is reading this – tell me Chris, does this look like it's going away anytime soon?

Tom, does this look like it's going away any time soon?

Tony, does this look like it's going away any time soon?

Signed,

Lap-Sun Chan, Asian Supremacist