UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 18 AM 10: 06

Lap-Sun Chan

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 2480

-against-

United Healthcare Oxford et al.

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Lap-Sun Chan

plaintiff or defendant — name of party who is making the motion

requests that the Court:

I need more time to send the documents because I did not receive the court's order in the mail.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☑ my own declaration, affirmation, or affidavit
- ☑ the following additional documents:

Court order to provide additional documents

5-18-22

Dated

[signature]

Signature

Lap-Sun Chan

Name

Prison Identification # (if incarcerated)

Address

Brooklyn — City

NY — State

Zip Code

Telephone Number (if available)

E-mail Address (if available)