RECEIVED
SDNY PRO SE OFFICE
2022 MAY 18 AM 10: 06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lap-Sun Chan

Fill in above the full name of each plaintiff or petitioner.

Case No. 22 CV 2480

-against-

United Healthcare Oxford et al.
Chris S.
Tony
Tom

Fill in above the full name of each defendant or respondent.

# DECLARATION

~~In Opposition to Defendant's Motion for Summary Judgment~~ Extension of time because did not receive mail. My address was not getting mail.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Lap-Sun Chan, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I did not receive the court's letter by mail.

Attach additional pages and documents if necessary.

5-18-22
Executed on (date)

Signature

Lap-Sun Chan
Name

Prison Identification # (if incarcerated)

Same
Address

Brooklyn
City

NY
State

Zip Code

Telephone Number (if available)

E-mail Address (if available)