```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LAP-SUN CHAN,

        Plaintiff,

-against-

UNITED HEALTHCARE OXFORD, et al.,

        Defendant.

22-CV-2480 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated April 1, 2022 (Dkt. No. 4), the Court noted that federal subject matter jurisdiction "may not exist" for this action, and directed plaintiff to "AMEND his Complaint to clarify the basis for subject matter jurisdiction or SHOW CAUSE IN WRITING why the present Complaint should not be DISMISSED for lack of subject matter jurisdiction" no later than May 9, 2022. Plaintiff failed to amend, show cause, or otherwise respond by that date, or at all. Further, although the April 1, 2022 Order was mailed to the plaintiff at the P.O. box he listed as his address in his Complaint, it was returned undelivered on or about April 29, 2022, marked "return to sender no such number unable to forward."

Plaintiff is reminded that it is his obligation to keep himself informed of proceedings in this action, to comply with this Court's orders, to prosecute the claims he has filed, to provide the Court with accurate contact information, including an address at which he can reliably receive mail from the Court, and to notify the Court promptly in writing if that contact information changes. **<u>If plaintiff fails to discharge these responsibilities, significant sanctions may be imposed, including dismissal of this action</u>**.

Because of plaintiff's *pro se* status, the Court, *sua sponte*, extends his existing deadline by 30 days. No later than **June 8, 2022,** plaintiff must either AMEND his Complaint to clarify the basis for subject matter jurisdiction or SHOW CAUSE IN WRITING why the present Complaint

should not be DISMISSED for lack of subject matter jurisdiction. In addition, no later than **June 8, 2022**, plaintiff must file a Notice of Change of Address confirming his mailing address and including his telephone number and email address. The form is available on the Court's website at https://nysd.uscourts.gov/node/823.

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as the Order at Dkt. No. 4, to the *pro se* plaintiff.

Dated: New York, New York
       May 18, 2022                                    SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**