IH-34 Rev:2014-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lap-Sum Chan
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 2480 (____)(____)

-against-

United Healthcare Oxford

(List the full name(s) of the defendant(s)/respondent(s).)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Lap-Sum Chan
Name (Last, First, MI)

PO Box 354412 NY NY 10010
Address City State Zip Code

Telephone Number

E-mail Address (if available)

5-26-22
Date

Signature

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 26 AM 10:59