US District Court
Southern District of New York
500 Pearl Street
New York, NY 10007 – 1312

*Amended*
COMPLAINT

22 CV 2480

US District Court:

My name is Lap-Sun Chan. I am filing a lawsuit against United Healthcare Oxford. The relevant contact information is:

Lap-Sun Chan
PO Box 844321
Brooklyn, NY 11203

United Healthcare Oxford
PO Box 29130
Hot Springs, AR 71903

This lawsuit is invoked pursuant to Section 488 Social Services (SOS) CHAPTER 55, ARTICLE 11, which cites psychological abuse against patients.

**AMENDMENT – THIS LAWSUIT IS INVOKED DUE TO 22 U.S. Code § 2702 - Malpractice protection.**

I have been trying get Oxford as my primary insurance since May or June of 2021. Due to a foul-up by Medicare and the SSA, my Medicare Part A cannot be removed. I am challenging the SSA and Medicare in separate lawsuits.

However, I have been contacting Oxford for many months now trying to get them to give me a clear understanding of the situation. They have been giving me contradictory and useless information consistently. In August, an Oxford employee told me that my Part A was revoked and that now Oxford is my primary. I discovered weeks later that this was a lie. I called again in September and yelled at them for fouling up my process. I spoke with two employees named Tom L. and Tony N. They apologized and then told me that I should call the SSA, which could "easily remove my Part A".

I discovered this was another lie. The SSA cannot remove Part A because that would cause all medical bills processed under Part A to be retroactively sent back to me. I am no longer interested in removing Part A. I am interested in getting Oxford to tell me the correct information.

I called again in October, when an employee told me that Oxford was my primary. I spoke to her supervisor, who told me it was not. I yelled at them and demanded disciplinary action. They said they would call me back. They never did.

I called again in November, when I spoke to Tom L. and Tony N. Again, they were rude, abusive and incompetent. They couldn't tell me what was going on with my insurance, seemingly confused about their jobs in general.

In December, Oxford employees told me they would do a claims sweep. They never did. I found this out in January.

The last straw was in March, when I spoke to a rude employee named Chris S. He interrupted me in the middle of the conversation and threatened me. I am demanding that this man be terminated from duty.

To make clear, the purpose of this lawsuit is not about how Oxford fouled up their jobs. The purpose of this lawsuit is to sue them for their unprofessional and disgusting behavior.

When I spoke to Tony and Tom months ago, they were extremely rude to me. Tom picked up first, and when I tried to tell him what was going on, he said, "Sir, I am going to have to ask you to calm down, or I will disconnect this conversation." I said, "How dare you threaten me. Get me over to your supervisor now." He sent me to his supervisor Tony. Tony was equally rude. He raised his voice at me and told me to go to hell. I screamed at him and told him to get me to his supervisor. He said, "No." I kept yelling at him. He said, "Yelling at me louder isn't going to make it happen."

For the record, I did not raise my voice at them. Even if I did, this is my medical insurance, not some retail matter. My life is at stake. These people need to take their jobs more seriously, and I DO HAVE THE RIGHT TO SCREAM AT THEM.

When I spoke to Tony and Tom again months later, I was angry to discover they had not been terminated. The interaction was more or less the same. Tom was rude to me, and I asked to speak to his boss Tony. Tony was rude to me again.

In March, I spoke with the rudest customer service man I've ever come across. His name is Chris S. and he was a supervisor. I was transferred to him because one of his employees, who was a woman, threatened to hang up on me if I continued to be stressed. I yelled at her at the top of my lungs – "GET ME OVER TO YOUR BOSS NOW!!!" Her boss was Chris S. who said he would help me. However, he began giving me a bunch of confusing, useless information, much of which was self-contradictory. Where did they hire this guy? When I told him I wanted my Oxford to do research and find out my Medicare Part B has been removed, he told me, "Go fucking do it yourself." At that point, I was enraged. I yelled at him and said, "GET ME OVER TO YOUR BOSS RIGHT NOW, ASSHOLE!!!" He said, "Nope." He sounded like an insolent high school boy. I made the same demand, yelling at the top of my voice. He said, "Nope." I yelled at him again. He said, "No. Have a nice day, sir." It was very sarcastic and insulting.

Bottom line is, I want Chris, Tony and Tom to be thrown out of Oxford and permanently fired. How dare they foul up my insurance. I am also suing Oxford for the cost of my medical bills, which equals around $200,000. I am commanding Oxford to pay me this sum for the time they wasted. Just what are they good for anyway? They always apologize and say, "I'm sorry to hear

that, I'm sorry about what you had to go through, I'm sorry we couldn't give you yadda yadda." And yet, they never actually DO ANYTHING. Kind of stupid and cowardly to apologize when they don't actually mean it.

Yesterday on March 25, 2022, I spoke with a woman named Ashley Harriman. She said she would look into the matter. I am filing this lawsuit anyway in order to show Oxford that I mean business. My employer is paying for this insurance, and their employees don't know how to do their jobs or address people with basic manners. Get rid of Chris, Tony and Tom. Make an example of them.

**AMENDMENT – I AM ADDING REBECCA HARRIMAN TO THE LIST OF DEFENDANTS. I HAVE HEARD OF PEOPLE WHO KNOW REBECCA HARRIMAN, WHO IS ASHLEY HARRIMAN'S DAUGHTER, AGE 22. REBECCA HARRIMAN IS KNOWN FOR RUNNING AROUND THE NEIGHBORHOOD YELLING AT ELDERLY ASIAN PEOPLE. SHE IS GUILTY OF RACIAL DISCRIMINATION. SHE REFERS TO ASIAN PEOPLE AS "GOOKS" AND "CHINKS". SHE HAS TOLD ASIAN PEOPLE TO "GO BACK TO HIROSHIMA". I TAKE PERSONAL OFFENSE TO THIS. HOW DARE SHE MAKE LIGHT OF THE ATOMIC BOMBING OF HIROSHIMA. REBECCA HARRIMAN IS A RACIST.**

And that's not all. I am DEMANDING a written apology from Oxford and confirmation that Chris, Tony and Tom are removed from duty. I am commanding them to write 3 pages, double-spaced in Times New Roman. Sounds silly? I'm not joking. I'm dead serious.

By the way, I'm not sure of Oxford's process, but they might be showing this to their employees. If Chris is reading this – tell me Chris, does this look like it's going away anytime soon?

Tell me, Ashley, does this look like it's going away anytime soon?

Tell me Rebecca, does this look like it's going away anytime soon?

Tom, does this look like it's going away any time soon?

Tony, does this look like it's going away any time soon?

Signed,

Lap-Sun Chan